Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re **M & M DEVELOPMENT & MANAGEMENT LLC**     Case No.
Debtor(s)     Chapter **7**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

| | |
|---|---|
| Name: | **Daniel Ho** |
| Address: | **550 Stephenson Hwy., Ste. 450** <br> **Troy, MI 48083** |
| Name: | **Kevin Fuqua** |
| Address: | **1212 Waterways Dr.** <br> **Ann Arbor, MI 48108** |
| Name: | **Magdaleno Diaz** |
| Address: | **550 Stephenson Hwy., Ste. 450** <br> **Troy, MI 48083** |
| Name: | **Mary Beth Ryan** |
| Address: | **550 Stephenson Hwy., Ste. 450** <br> **Troy, MI 48083** |
| Name: | **Rommel Pinili** |
| Address: | **550 Stephenson Hwy., Ste. 450** <br> **Troy, MI 48083** |

**(For additional names, attach an addendum to this form)**

☐ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **July 15, 2019**

**/s/ Magdaleno Diaz**
Signature of Authorized Individual
For Corporation Debtor

**Magdaleno Diaz**
Print Name

**Secretary**
Title